# J S - 6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| JOSE LUIS TAPIA, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>SPECIALIZED LOAN SERVICING, LLC, et al.,<br><br>Defendants. | Case No.<br>EDCV 5:20-cv-02499-JGB (SPx)<br><br><br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed concurrently herewith, the Motion to Dismiss filed by Defendant Specialized Loan Servicing, LLC, is GRANTED. Plaintiff Jose Luis Tapia's Complaint is DISMISSED without leave to amend. Judgment is entered in favor of Defendant Specializes Loan Servicing, LLC.

Dated: January 21, 2021

THE HONORABLE JESUS G. BERNAL
United States District Judge